# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Revocation of Probation or Supervised Release) |
|  | Case Number: 8:07-CR-406-T-17EAJ |
|  | USM Number: 80803-179 |
| PEDRO PENA-MEJAY |  |
|  | AFPD David Secular |
|  | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s)__1__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct, Driving While Intoxicated | October 18, 2008 |

The defendant is sentenced as provided in pages 2 through _2_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Judgment: January 22, 2009

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Date: January 23RD, 2009

DEFENDANT: PEDRO PENA-MEJAY
CASE NUMBER: 8:07-CR-406-T-17EAJ

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **NINE (9) MONTHS** with credit for time served to be calculated by the United States Bureau of Prisons.

__X__   The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL